IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Courtney Loos,<br><br>      Plaintiff,<br><br>vs.<br><br>The County of Perry, Illinois and James Campanella, in his individual capacity,<br><br>      Defendants. | C.A. No. 20-cv-1107-MAB<br><br>**JURY TRIAL DEMANDED** |

### Plaintiff's First Request for Admissions to Defendant James Campanella

Under Rule 36, plaintiff asks defendant James Campanella to admit the truth of the matters listed below and genuineness of the described documents.

### Requests

1. The Circuit Judges for the Circuit Court in which Perry County is located did not appoint Calen Campanella as public defender for Perry County in writing.

2. The Circuit Judges for the Circuit Court in which Perry County is located appointed Courtney Loos as public defender for Perry County in writing.

3. Stuart Morgenstern employs assistant public defenders for Perry County.

4. Stuart Morgenstern pays more than one attorney $1,500 per month to serve as assistant public defender for Perry County.

5. As of January 2022, Stuart Morgenstern pays Perry County's assistant public defenders.

6. The Circuit Judges for the Circuit Court in which Perry County is located did not direct Calen Campanella to appoint assistant public defenders.

7. The Circuit Judges for the Circuit Court in which Perry County is located did not direct Stuart Morgenstern to appoint assistant public defenders.

8. The Circuit Judges for the Circuit Court in which Perry County is located did not direct the Perry County public defender to appoint assistant public defenders.

9. The Circuit Judges for the Circuit Court in which Perry County is located appointed Stuart Morgenstern as public defender for Perry County in writing.

10. Since at least October 18, 2016, Franklin County has not requested that the Illinois Department of Revenue reimburse Franklin County for more than 66 2/3% of the salary that it pays its Public Defender.

11. Since at least October 18, 2016, Franklin County has submitted PTAX-450-PD forms to the Illinois Department of Revenue for the purpose of reimbursing the County for 66 23/% of the salary the County pays its Public Defender.

12. Franklin County has Assistant Public Defenders.

13. Franklin County pays its Assistant Public Defenders.

14. Franklin County's Public Defender has never paid Franklin County's Assistant Public Defenders out of the salary that Franklin County pays him.

15. Franklin County's Public Defender does not pay Franklin County's Assistant Public Defenders.

16. No Franklin County representative told James Campanella that Franklin County's Public Defender pays Franklin County's Assistant Public Defenders.

17. No representative from any county in Illinois told James Campanella that its public defender pays that county's assistant public defenders.

/ s/ Ferne P. Wolf
Ferne P. Wolf
fw@silversteinwolf.com
SilversteinWolf, LLC
530 Maryville Centre Drive, Suite 460
St. Louis, MO 63141
314 744-4010/314 744-4026 (fax)

**Certificate of Service**

I certify that on March 1, 2022, I served Plaintiff's First Request for Admissions to Defendant James Campanella using the ECF system.

/ s/ Ferne P. Wolf